# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Goldgar, A. Benjamin | Bankruptcy Court, N.D. Ill. | 5/5/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

Suite 638
219 South Dearborn Street
Chicago, IL 60604

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust No. 1 (see note) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 5/5/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankruptcy Judges | 10/29/2013-11/1/2013 | Atlanta, GA | Annual Meeting | Lodging (partial) |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 5/5/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 5/5/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fidelity Cash Reserves Money Market Fund | A | Dividend | J | T | | | | | |
| 2. Traditional IRA-Fidelity (4) | E | Dividend | N | T | | | | | |
| 3. - Strategic Advisors Small-Mid Cap Fund | | | | | Buy (add'l) | 07/24/13 | J | | |
| 4. - Fidelity Short-Term Bond | | | | | Sold (part) | 11/07/13 | J | A | |
| 5. - Fidelity Total Bond | | | | | Buy (add'l) | 05/07/13 | J | | |
| 6. | | | | | Sold (part) | 05/22/13 | J | A | |
| 7. - Pimco Total Return Administrative Shares | | | | | | | | | |
| 8. - Pimco Short Term Administrative Shares | | | | | Sold (part) | 11/07/13 | J | A | |
| 9. - Fidelity Strategic Advisors Value Fund | | | | | | | | | |
| 10. - Strategic Advisors International Fund | | | | | Buy (add'l) | 01/25/13 | J | | |
| 11. | | | | | Buy (add'l) | 04/04/13 | J | | |
| 12. | | | | | Buy (add'l) | 06/05/13 | J | | |
| 13. | | | | | Sold (part) | 07/24/13 | J | A | |
| 14. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 15. | | | | | Buy (add'l) | 11/07/13 | J | | |
| 16. - Strategic Advisors Core Income Fund | | | | | Buy (add'l) | 03/20/13 | J | | |
| 17. | | | | | Buy (add'l) | 05/22/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 5/5/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 06/05/13 | J | A | |
| 19. | | | | | Buy (add'l) | 07/24/13 | J | | |
| 20. | | | | | Buy (add'l) | 11/07/13 | J | | |
| 21.  - Franklin Gold and Precious Metals CL A | | | | | Sold | 05/24/13 | J | | |
| 22.  - Templeton Global Bond CL A | | | | | | | | | |
| 23.  - Strategic Advisors U.S. Opportunity Fund | | | | | | | | | |
| 24.  - Strategic Advisors Core Fund | | | | | Buy (add'l) | 04/16/13 | J | | |
| 25. | | | | | Sold (part) | 05/07/13 | J | A | |
| 26. | | | | | Sold (part) | 06/26/13 | J | A | |
| 27.  - Strategic Advisors Growth Fund | | | | | Sold (part) | 09/13/13 | J | A | |
| 28.  - Strategic Advisors Emerging Markets | | | | | | | | | |
| 29.  - Strategic Advisors Income Opportunity Fund | | | | | Sold (part) | 01/25/13 | J | A | |
| 30.  - FIMM Money Market Port Inst CL | | | | | Sold (part) | 03/20/13 | J | | |
| 31. | | | | | Sold (part) | 06/05/13 | J | | |
| 32. | | | | | Sold (part) | 07/24/13 | J | | |
| 33.  - Strategic Advisors Short Duration Fund | | | | | Buy (add'l) | 05/22/13 | J | | |
| 34. | | | | | Sold (part) | 08/06/13 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 5/5/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Arden Alternative Strategies Class 1 | | | | | | | | | |
| 36. - Blackstone Alternative Multimanager | | | | | Buy | 08/06/13 | J | | |
| 37. Traditional IRA-Fidelity (3) | D | Dividend | M | T | | | | | |
| 38. - Strategic Advisors Small-Mid Cap Fund | | | | | | | | | |
| 39. - Fidelity Total Bond | | | | | | | | | |
| 40. - Pimco Total Return Administrative Shares | | | | | | | | | |
| 41. - Pimco Short Term Administrative Shares | | | | | | | | | |
| 42. - Strategic Advisors International Fund | | | | | | | | | |
| 43. - Strategic Advisors U.S. Opp Fund | | | | | | | | | |
| 44. - Fidelity Select Gold | | | | | Sold | 05/23/13 | J | | |
| 45. - Metropolitan West Low Duration M | | | | | Sold | 11/07/13 | J | A | |
| 46. - Templeton Global Bond CL A | | | | | | | | | |
| 47. - Strategic Advisors Value Fund | | | | | | | | | |
| 48. - Strategic Advisors Core Fund | | | | | | | | | |
| 49. - Strategic Advisors Growth Fund | | | | | | | | | |
| 50. - Strategic Advisors Emerging Markets | | | | | | | | | |
| 51. - Strategic Advisors Core Income Fund | | | | | Buy (add'l) | 05/23/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 5/5/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.  - Strategic Advisors Income Opportunity Fund | | | | | | | | | |
| 53.  - FIMM Money Market Port Inst CL | | | | | Sold (part) | 05/23/13 | J | | |
| 54.  - Merger Fund | | | | | | | | | |
| 55.  - Strategic Advisors Short Duration Fund | | | | | | | | | |
| 56.  - Arden Alternative Strategies Class 1 | | | | | | | | | |
| 57.  - Blackstone Alternative Multimanager | | | | | Buy | 08/08/13 | J | | |
| 58.  Rollover IRA-Fidelity (3) | E | Dividend | O | T | | | | | |
| 59.  - Strategic Advisors Small-Mid Cap Fund | | | | | Buy (add'l) | 04/24/13 | J | | |
| 60. | | | | | Buy (add'l) | 06/26/13 | J | | |
| 61. | | | | | Buy (add'l) | 08/08/13 | J | | |
| 62.  - Fidelity Total Bond | | | | | Sold (part) | 04/24/13 | J | A | |
| 63.  - Pimco Total Return Administrative Shares | | | | | | | | | |
| 64.  - Pimco Short Term Administrative Shares | | | | | Sold (part) | 01/25/13 | J | A | |
| 65. | | | | | Sold (part) | 04/24/13 | J | A | |
| 66. | | | | | Sold (part) | 08/08/13 | J | A | |
| 67.  - Strategic Advisors International Fund | | | | | Buy (add'l) | 01/25/13 | J | | |
| 68. | | | | | Buy (add'l) | 03/18/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 5/5/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 04/24/13 | J | | |
| 70. | | | | | Buy (add'l) | 06/26/13 | J | | |
| 71. | | | | | Buy (add'l) | 10/15/13 | J | | |
| 72. | | | | | Buy (add'l) | 11/07/13 | J | | |
| 73. - Strategic Advisors US Opportunity Fund | | | | | | | | | |
| 74. - Fidelity Select Gold | | | | | Sold (part) | 01/25/13 | J | A | |
| 75. | | | | | Sold (part) | 04/24/13 | J | | |
| 76. | | | | | Sold (part) | 05/02/13 | J | | |
| 77. | | | | | Sold | 05/23/13 | J | | |
| 78. - Metropolitan West Low Duration M | | | | | Sold (part) | 10/15/13 | J | A | |
| 79. | | | | | Sold | 11/07/13 | J | B | |
| 80. - Templeton Global Bond Class A | | | | | Buy (add'l) | 05/02/13 | J | | |
| 81. - Fidelity Money Market | | | | | | | | | |
| 82. - Strategic Advisors Value Fund | | | | | Sold (part) | 01/25/13 | J | A | |
| 83. | | | | | Sold (part) | 11/07/13 | J | A | |
| 84. - Strategic Advisors Core Fund | | | | | Sold (part) | 01/25/13 | J | A | |
| 85. | | | | | Sold (part) | 06/26/13 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 5/5/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 07/24/13 | J | A | |
| 87. | | | | | Sold (part) | 09/13/13 | J | A | |
| 88. | | | | | Buy (add'l) | 11/07/13 | J | | |
| 89. - Strategic Advisors Growth Fund | | | | | Sold (part) | 03/18/13 | J | A | |
| 90. | | | | | Sold (part) | 09/13/13 | J | A | |
| 91. - Strategic Advisors Emerging Markets | | | | | Sold (part) | 01/25/13 | J | | |
| 92. | | | | | Sold (part) | 09/13/13 | J | | |
| 93. - Strategic Advisors Income Opportunity Fund | | | | | Sold (part) | 01/25/13 | J | A | |
| 94. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 95. | | | | | Sold (part) | 11/07/13 | J | A | |
| 96. - Strategic Advisors Core Income Fund | | | | | Buy (add'l) | 01/25/13 | J | | |
| 97. | | | | | Buy (add'l) | 03/18/13 | J | | |
| 98. | | | | | Sold (part) | 04/24/13 | J | A | |
| 99. | | | | | Buy (add'l) | 05/23/13 | J | | |
| 100. | | | | | Buy (add'l) | 07/24/13 | J | | |
| 101. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 102. | | | | | Buy (add'l) | 11/07/13 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 5/5/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. - FIMM Money Market Port Inst CL | | | | | Sold (part) | 01/25/13 | J | | |
| 104. | | | | | Sold (part) | 03/18/13 | J | | |
| 105. | | | | | Sold (part) | 05/23/13 | J | | |
| 106. | | | | | Sold (part) | 07/24/13 | J | | |
| 107. | | | | | Sold (part) | 08/08/13 | J | | |
| 108. - Merger Fund | | | | | | | | | |
| 109. - Strategic Advisors Short Duration Fund | | | | | Buy (add'l) | 03/18/13 | J | | |
| 110. | | | | | Buy (add'l) | 04/24/13 | J | | |
| 111. | | | | | Buy (add'l) | 05/23/13 | J | | |
| 112. | | | | | Sold (part) | 06/26/13 | J | A | |
| 113. | | | | | Buy (add'l) | 07/24/13 | J | | |
| 114. | | | | | Sold (part) | 08/08/13 | J | A | |
| 115. | | | | | Buy (add'l) | 11/07/13 | J | | |
| 116. - Arden Alternative Strategies Class 1 | | | | | Buy (add'l) | 01/25/13 | J | | |
| 117. - Blackstone Alternative Multimanager | | | | | Buy | 08/08/13 | J | | |
| 118. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 119. State of Illinois Deferred Compensation Plan -- 401(k) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 5/5/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  - Vanguard Institutional Index Fund Plus | | | | | | | | | |
| 121.  Fidelity Investment Grade Bond Fund (1) | A | Dividend | | | Sold | 07/17/13 | K | B | |
| 122.  Fidelity Short Term Bond (1) | A | Dividend | K | T | | | | | |
| 123.  Fidelity Core Account - Cash (1) | | None | | | Sold (part) | 07/17/13 | J | | |
| 124. | | | | | Sold | 12/03/13 | J | | |
| 125.  Fidelity Investment Grade Bond Fund (2) | A | Dividend | | | Sold | 07/18/13 | K | B | |
| 126.  Fidelity Short Term Bond (2) | A | Dividend | J | T | Sold (part) | 07/18/13 | J | A | |
| 127. | | | | | Sold (part) | 12/24/13 | J | A | |
| 128.  Adirondack Trust Co. stock | C | Dividend | N | T | | | | | |
| 129.  Bank of America Growth Money Market Savings | A | Interest | J | T | | | | | |
| 130.  Fidelity Deferred Annuity | | | | | | | | | |
| 131.  - Fidelity VIP Investment Grade Bond Fund | | None | N | T | | | | | |
| 132.  - Fidelity VIP Strategic Income Fund | | None | L | T | | | | | |
| 133.  Vanguard IRA (4) | E | Dividend | P1 | T | | | | | |
| 134.  - Vanguard Total Bond Market Index Fund | | | | | | | | | |
| 135.  - Vanguard Total International Stock Index Fund | | | | | | | | | |
| 136.  - Vanguard Stock Market Index Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 5/5/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Fidelity Cash Reserves (1) | A | Dividend | J | T | Sold (part) | 12/03/13 | K | | |
| 138. Strategic Advisors International Fund (2) | A | Dividend | J | T | | | | | |
| 139. Strategic Advisors Value Fund (2) | A | Dividend | J | T | | | | | |
| 140. Strategic Advisors Small-Mid Cap Fund (2) | A | Dividend | J | T | | | | | |
| 141. Strategic Advisors U.S. Opportunity Fund (2) | A | Dividend | J | T | | | | | |
| 142. Strategic Advisors Core Fund (2) | A | Dividend | J | T | | | | | |
| 143. Strategic Advisors Growth Fund (2) | A | Dividend | J | T | | | | | |
| 144. Fidelity Total Bond (2) | A | Dividend | J | T | | | | | |
| 145. Strategic Advisors Income Opportunities (2) | A | Dividend | J | T | | | | | |
| 146. Strategic Advisors Core Income Fund (2) | A | Dividend | K | T | Buy (add'l) | 03/18/13 | J | | |
| 147. Metropolitan West Low Duration (2) | A | Dividend | | | Sold | 03/18/13 | J | A | |
| 148. Pimco Total Return Administrative Shares (2) | A | Dividend | J | T | | | | | |
| 149. Pimco Short Term Administrative Shares (2) | A | Dividend | J | T | | | | | |
| 150. Templeton Global Bond Class A (2) | A | Dividend | J | T | | | | | |
| 151. Fidelity Real Estate Income (2) | A | Dividend | J | T | | | | | |
| 152. AQR Diversified Arbitrage Class 1 (2) | A | Dividend | J | T | | | | | |
| 153. FIMM Mmkt Port Inst CL (2) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 5/5/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Fidelity GNMA Fund (2) | A | Dividend | J | T | | | | | |
| 155. Strategic Advisors Short Duration Fund (2) | A | Dividend | J | T | | | | | |
| 156. Blackstone Alternative Multimanager (2) | A | Dividend | J | T | Buy | 08/06/13 | J | | |
| 157. Fidelity Diversified International | A | Dividend | K | T | | | | | |
| 158. Fidelity Emerging Markets | A | Dividend | J | T | Buy | 08/13/13 | J | | |
| 159. | | | | | Sold (part) | 10/17/13 | J | A | |
| 160. | | | | | Buy (add'l) | 12/23/13 | J | | |
| 161. Fidelity Limited Term Muni Income (see note) | A | Dividend | K | T | Sold (part) | 01/14/13 | J | | |
| 162. | | | | | Sold (part) | 06/07/13 | J | A | |
| 163. Fidelity Municipal Money Market | A | Dividend | J | T | | | | | |
| 164. DWS Managed Municipal Bond CL S | A | Dividend | K | T | Buy (add'l) | 04/02/13 | J | | |
| 165. | | | | | Buy (add'l) | 06/07/13 | J | | |
| 166. | | | | | Sold (part) | 08/13/13 | J | | |
| 167. Harbor Capital Appreciation Adm CL | A | Dividend | J | T | | | | | |
| 168. Hotchkis & Wiley Mid Cap Value CL A | A | Dividend | J | T | | | | | |
| 169. T Rowe Tax Free Inc. Fund Adv. Class | C | Dividend | L | T | | | | | |
| 170. Royce Value Plus Service Class | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 5/5/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  SSGA Emerging Markets | A | Dividend | J | T | | | | | |
| 172.  Oakmark Fund 1 | B | Dividend | K | T | | | | | |
| 173.  T Rowe Price Equity Income Advisor CL | A | Dividend | J | T | | | | | |
| 174.  T Rowe Price Real Estate Fund Adv CL | A | Dividend | J | T | | | | | |
| 175.  Thornburg International Value CL A | A | Dividend | J | T | Sold (part) | 10/17/13 | J | A | |
| 176.  Fidelity Municipal Income | B | Dividend | K | T | Sold (part) | 01/14/13 | J | A | |
| 177. | | | | | Sold (part) | 08/13/13 | J | | |
| 178.  Black Rock High Yield Bond CL A | A | Dividend | | | Sold | 04/23/13 | J | A | |
| 179.  Franklin Federal Tax-free CL A | A | Dividend | K | T | Buy (add'l) | 10/17/13 | J | | |
| 180. | | | | | Buy (add'l) | 12/23/13 | J | | |
| 181.  Pimco Commodity Real Return Strat Adm CL | A | Dividend | | | Sold (part) | 04/02/13 | J | A | |
| 182. | | | | | Sold | 05/20/13 | J | A | |
| 183.  Templeton Global Bond CL A | A | Dividend | K | T | Buy (add'l) | 04/02/13 | J | | |
| 184. | | | | | Buy (add'l) | 06/07/13 | J | | |
| 185. | | | | | Buy (add'l) | 10/17/13 | J | | |
| 186. | | | | | Buy (add'l) | 12/23/13 | J | | |
| 187.  IShares TR S&P 100 Index Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 5/5/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. MFS International Diversification FD A Conf | A | Dividend | K | T | | | | | |
| 189. Fidelity Dividend Growth | B | Dividend | J | T | Sold (part) | 01/14/13 | J | A | |
| 190. | | | | | Sold (part) | 12/23/13 | J | A | |
| 191. Fidelity Tax-free Bond | B | Dividend | L | T | Buy (add'l) | 08/13/13 | J | | |
| 192. Causeway International Value Investor | A | Dividend | J | T | | | | | |
| 193. Janus Enterprise Fund Class T Shares | B | Dividend | K | T | Sold (part) | 08/13/13 | J | B | |
| 194. Fidelity Advisor Growth Oppty CL 1 | | None | J | T | | | | | |
| 195. Fidelity Low Priced Stock | A | Dividend | J | T | | | | | |
| 196. Fidelity Small Cap Value | A | Dividend | J | T | | | | | |
| 197. Credit Suisse Commd Return Strategy Inst Sh | | None | | | Sold (part) | 01/14/13 | J | | |
| 198. | | | | | Sold | 04/02/13 | J | | |
| 199. JP Morgan Mid-Cap Value Fund Select CL | A | Dividend | J | T | Sold (part) | 01/14/13 | J | A | |
| 200. IShares TR Russell Mid-Cap Index Fund Avg Price | A | Dividend | J | T | | | | | |
| 201. IShares TR Russell 1000 Growth Index Fund | A | Dividend | K | T | Sold (part) | 01/16/13 | J | A | |
| 202. | | | | | Sold (part) | 12/26/13 | J | A | |
| 203. IShares TR Russell 1000 Index Fund | A | Dividend | J | T | | | | | |
| 204. IShares TR Russell 2000 Index Fund | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. Vanguard Index FDS Vanguard Value Vipers | A | Dividend | K | T | | | | | |
| 206. MFS International Value Fund CL A | A | Dividend | J | T | Sold (part) | 10/17/13 | J | A | |
| 207. T. Rowe Price International Stock | A | Dividend | K | T | | | | | |
| 208. Templeton Frontier Mkts Fund | A | Dividend | J | T | Buy (add'l) | 04/02/13 | J | | |
| 209. Wells Fargo Short Term Muni Inc.-Instit. Conf | A | Dividend | J | T | Buy (add'l) | 04/02/13 | J | | |
| 210. | | | | | Sold (part) | 06/07/13 | J | | |
| 211. Franklin International Sm Cap Growth Advisor | A | Dividend | J | T | Buy | 04/02/13 | J | | |
| 212. Spector Spdr Tr Shs Ben Int Financial | A | Dividend | J | T | Buy | 08/15/13 | J | | |
| 213. Aberdeen Emerging Mkts FD Inst'l SV | | None | | | Buy | 06/07/13 | J | | |
| 214. | | | | | Sold | 08/13/13 | J | | |
| 215. Trust No. 1 (see note) | | | | | | | | | |
| 216. - Chase Bank account No. 2 | A | Interest | | | Sold | 02/11/13 | M | | |
| 217. - BMO Harris Bank account | A | Interest | | | Sold | 01/23/13 | M | | |
| 218. - Wells Fargo Advisors trust account | | | | | | | | | |
| 219. -- Wells Fargo bank deposit sweep | A | Int./Div. | | | Buy (add'l) | 01/29/13 | M | | |
| 220. | | | | | Buy (add'l) | 02/19/13 | M | | |
| 221. | | | | | Buy (add'l) | 03/06/13 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 5/5/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Sold (part) | 04/19/13 | O | | |
| 223. | | | | | Sold (part) | 04/19/13 | M | | |
| 224. | | | | | Buy (add'l) | 04/24/13 | J | | |
| 225. | | | | | Buy (add'l) | 09/06/13 | L | | |
| 226. | | | | | Sold (part) | 12/24/13 | M | | |
| 227. | | | | | Sold | 12/24/13 | L | | |
| 228. Wells Fargo bank deposit sweep (3) (X) (see note) | A | Interest | N | T | Buy | 01/25/13 | M | | |
| 229. | | | | | Sold (part) | 02/19/13 | K | | |
| 230. | | | | | Buy (add'l) | 04/19/13 | M | | |
| 231. | | | | | Sold (part) | 10/18/13 | K | | |
| 232. | | | | | Sold (part) | 11/22/13 | K | | |
| 233. | | | | | Buy (add'l) | 12/24/13 | L | | |
| 234. Inherited IRA -- T. Rowe Price (X) (see note) | B | Dividend | K | T | | | | | |
| 235. -- Dividend Growth | | | | | | | | | |
| 236. -- Spectrum Income | | | | | | | | | |
| 237. Inherited IRA -- TIAA-CREF (X) (see note) | | | O | T | | | | | |
| 238. -- TIAA Traditional | | | | | Sold (part) | 02/19/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 5/5/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Sold (part) | 08/19/13 | J | | |
| 240. -- CREF Stock | | | | | Sold (part) | 02/19/13 | J | | |
| 241. | | | | | Sold (part) | 08/19/13 | J | | |
| 242. -- CREF Global Equities | | | | | | | | | |
| 243. -- TIAA Real Estate | | | | | | | | | |
| 244. -- CREF Bond Market | | | | | | | | | |
| 245. -- CREF Inflation Linked Bond | | | | | | | | | |
| 246. Bank of America checking (see note) | A | Interest | J | T | | | | | |
| 247. Bank of America checking (4) | | None | J | T | | | | | |
| 248. Bank of America checking (2) | | None | J | T | | | | | |
| 249. Bank of America money market (2) | A | Interest | J | T | | | | | |
| 250. | | | | | | | | | |
| 251. | | | | | | | | | |
| 252. | | | | | | | | | |
| 253. | | | | | | | | | |
| 254. | | | | | | | | | |
| 255. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 5/5/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | | | | | |
| 257. | | | | | | | | | |
| 258. | | | | | | | | | |
| 259. | | | | | | | | | |
| 260. | | | | | | | | | |
| 261. | | | | | | | | | |
| 262. | | | | | | | | | |
| 263. | | | | | | | | | |
| 264. | | | | | | | | | |
| 265. | | | | | | | | | |
| 266. | | | | | | | | | |
| 267. | | | | | | | | | |
| 268. | | | | | | | | | |
| 269. | | | | | | | | | |
| 270. | | | | | | | | | |
| 271. | | | | | | | | | |
| 272. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 5/5/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | | | | | |
| 274. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 5/5/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note to Parts I and VIII.

On December 23, 2012,         died. As a result, I became successor trustee of two trusts.        and I are beneficiaries of the trusts. Both trusts were reported on last year's report.

At the end of 2012, all of the assets of Trust No. 2 were transferred to the Wells Fargo Advisors bank deposit sweep account that is part of the res of Trust No. 1. (The transfer is shown on last year's report. That report unfortunately makes it appear that there are two Wells Fargo Advisors bank deposit sweep accounts, one for each trust. In fact, there is only one such account, the account in Trust No. 1.) With the transfer of the res of Trust No. 2 to Trust No. 1, Trust No. 2 ceased to exist, and I ceased to be trustee.

During 2013, all remaining assets in Trust No. 1 listed on last year's report, as well as some additional funds that arrived during the year, were transferred to the Wells Fargo Advisors bank deposit sweep account in Trust No. 1. Those deposits are shown on this year's report. On December 24, 2013, the funds in the Wells Fargo account -- in other words, the entire remaining res of Trust No. 1 -- were distributed to the trust beneficiaries. With the distributions, Trust No. 1 ceased to exist, and I ceased to be trustee.

Notes to Part VIII only

Line 161 -- The name of this fund has been changed. The fund was listed on last year's report as "Fidelity Short-Intermediate Muni Income."

Line 228 -- This fund is an inheritance and was funded with my portion of the distributions from Trust No. 1 described above.

Lines 234, 237 -- These IRAs were inherited. Column B has not been completed for the TIAA-CREF Inherited IRA because it could not be. The TIAA-CREF statements do not show any information about income, and TIAA-CREF personnel told me over the telephone that the information is not available because the investments are "annuity-based." Similarly, information about gain or loss from "sales" (the distributions I am required to take from the IRA) is not reported in Column D because TIAA-CREF personnel told me during the same telephone call that information about gains or losses is not available.

Lines 246-49 -- These bank accounts should have been disclosed in reports for past years. They were not disclosed because I misunderstood the instructions about reporting bank accounts.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ A. Benjamin Goldgar**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544